[No. 9278-2-I.   Division One.   July 6, 1982.]

RICHARD ROGERS, *Appellant*, v. KENWORTH NORTHWEST, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 851220, David C. Hunter, J., entered September 4, 1980. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Callow and Corbett, JJ.

[No. 10308-3-I.   Division One.   July 6, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITHEEN JONE NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-03003-1, Lee Kraft, J., entered April 29, 1981. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by James and Ringold, JJ.

[No. 10111-1-I.   Division One.   July 6, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE DANIEL CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-02968-8, Warren Chan, J., entered February 26, 1981. *Affirmed* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and Williams, J.